## UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>_____JOSE VISENTE AYALA_____ ⊞<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**UNDER SEAL**

Case No. 2:21MJ _19_

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 3, 2018 and Feb. 26, 2020__ in the city/county of _____Virginia Beach_____

in the ____Eastern____ District of ____Virginia____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count One: 18 U.S.C. 2252(a)(1)<br>Count Two: 18 U.S.C. 2252(a)(4)(B) | Transportation of Child Pornography<br>Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit Attached.

_____

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

/s/ Elizabeth M. Yusi
_____
*Printed name and title*

*Complainant's signature*

Kevin Hand, HSI TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means).*

Date: __01/08/2021__

_____
*Judge's signature*

City and state: ____Norfolk, VA____

U.S. Magistrate Judge Robert J. Krask
_____
*Printed name and title*