FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002

JS 45 (11/2002)

| Criminal Case Cover Sheet | Redacted | U.S. District Court |
|---|---|---|

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
| City: EDVA | Criminal Complaint: | Criminal Number: 2:21cr26 |
| County/Parish: | Same Defendant: Jose Visente Ayala | New Defendant: |
| | Magistrate Case Number: 2:21mj19 | Arraignment Date: *April 2 at 2:00pm |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# | |
| Defendant Name: Jose Visente Ayala | | Alias Name(s): |
| Address: ▓▓▓▓ Virginia Beach, VA 23452 | | |
| Birth Date: ▓ 1999 | SS#: ▓ 6775 | Sex: male | Race: white | Nationality: | Place of Birth: |
| Height: 5'6" | Weight: 170 | Hair: black | Eyes: brown | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

**Location Status:**

| Arrest Date: 2/1/21 | | |
| ☐ Already in Federal Custody as of: | in: _____. | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☒ Bond |

**Defense Counsel Information:**

| Name: Amanda Conner | ☐ Court Appointed |
| Address: 150 Boush Street, Ste. 403 Norfolk, VA 23510 | ☐ Retained |
| | ☒ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ conflict memorandum will be filed with the clerk's office |

**U.S. Attorney Information:**

| AUSA: Anthony C. Mozzi | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

TFO Kevin Hand, Homeland Security Investigations, 200 Granby St., Ste. 600, Norfolk, VA 23510

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(1) | Transportation of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 2252(a)(4)(B) | Possession of Child Pornography | 2 | Felony |
| Set 3 | 18 U.S.C. § 2253 | Criminal Forfeiture | | |